No. 73–1593.  Provision House Workers Union Local 274, AFL–CIO v. National Labor Relations Board et al.  C. A. 9th Cir.  Certiorari denied.

No. 73–1594.  Cement Transport, Inc. v. National Labor Relations Board.  C. A. 6th Cir.  Certiorari denied.

No. 73–1599.  Kirtley et al. v. Bickerstaff, District Director of Internal Revenue, et al.  C. A. 10th Cir.  Certiorari denied.

No. 73–1603.  Borgman, aka Miller, et al. v. United States;

No. 73–1674.  Frank v. United States;

No. 73–1849.  Hemlock v. United States; and

No. 73–1850.  Hoffer v. United States.  C. A. 2d Cir.  Certiorari denied.  Reported below: 494 F. 2d 145.

No. 73–1611.  Campbell v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 73–1613.  Lam Man Chung v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 73–1614.  Wolder et ux. v. Commissioner of Internal Revenue; and

No. 73–1752.  Commissioner of Internal Revenue v. Estate of Boyce et al.  C. A. 2d Cir.  Certiorari denied.  Reported below: 493 F. 2d 608.

No. 73–1616.  Madden v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 73–1617.  Shrout et ux. v. Commissioner of Internal Revenue.  C. A. 8th Cir.  Certiorari denied.

No. 73–1619.  Peterson v. United States.  C. A. 5th Cir.  Certiorari denied.